UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| INDIA EVANS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CV621-031 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) of August 26, 2022, (doc. no. 23), to which no objections have been filed. Accordingly, the Court **ADOPTS** the R&R, (doc. no. 23), as its opinion. Pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the final decision of the Acting Commissioner and **REMANDS** this case for further consideration in accordance with the Court's opinion.

**ORDER ENTERED** at Augusta, Georgia, this _12th_ day of September, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA